UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLAY BURGON,<br><br>              Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL, *et al.,*<br><br>              Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>**ORDER** |

In this habeas corpus action, brought *pro se* by Clay Burgon, a Nevada prisoner, the respondents filed a motion to dismiss on May 13, 2015 (ECF No. 8). Burgon's response to the motion to dismiss is due on June 1, 2015.

On May 22, 2015, Burgon filed a motion for extension of time (ECF No. 13), requesting an extension of time to respond to the motion to dismiss. In the motion for extension of time, Burgon states that he received a notice regarding the motion to dismiss, sent to him by the court on May 13, 2015, but that he has not received service of the motion to dismiss.

Therefore, good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 13) is **GRANTED**. Petitioner shall have **45 days from the date of entry of this order** to respond to the motion to dismiss (ECF No. 8).

**IT IS FURTHER ORDERED** that the clerk of the court shall serve upon petitioner, along with a copy of this order, a copy of respondents' motion to dismiss (ECF No. 13).

**DATED** this 1st day of June, 2015.

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE