# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CLAY BURGON,

    Petitioner,

vs.

ATTORNEY GENERAL, *et al.*,

    Respondents.

Case no. 2:14-cv-01128-RFB-CWH

**ORDER**

    In this habeas corpus action, the respondents filed a motion to dismiss on May 13, 2015 (ECF No. 8). The petitioner, Nevada prisoner Clay Burgon, was originally to respond to the motion to dismiss by June 1, 2015.

    On June 1, 2015, the court granted Burgon an extension of time, extending to July 16, 2015, the time for his response to the motion to dismiss (ECF No. 14). Burgon did not file his response by July 16, however.

    On July 30, 2015, Burgon filed a motion for extension of time (ECF No. 16), requesting a second extension of time to respond to the motion to dismiss. He requests an extension of time of "45 to 90 days."

    Good cause appearing, the court will grant Burgon a 60-day extension of time.

    *However, Burgon is cautioned that the court will not look favorably upon any motion to further extend this deadline.*

On July 30, 2015, Burgon also filed a "Motion to Expedite" (ECF No. 15), requesting that his motion for extension of time be resolved in an expedited manner. The Motion to Expedite is rendered moot by this order, and is denied on that ground.

**IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 16) is **GRANTED**. Petitioner shall have until and including **September 14, 2015**, to respond to the motion to dismiss (ECF No. 8).

**IT IS FURTHER ORDERED** that petitioner's Motion to Expedite (ECF No. 15) is **DENIED** as moot.

DATED this 12th day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE