UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLAY BURGON,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL, *et al.,*<br><br>　　　　　Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>**ORDER** |

**IT IS ORDERED** that the Court reconsiders its previous Order [5] denying appointment of counsel and now **GRANTS** petitioner's request for appointment of counsel.

**IT IS ORDERED** that the Federal Public Defender's Office is appointed to represent the petitioner in this case. The Clerk of Court shall serve this Order on the Federal Public Defender's Office.

**IT IS ORDERED** that the petitioner shall have sixty (60) days to file an Amended Petition.

**IT IS ORDERED** that the Motion [8] to Dismiss is **DENIED without prejudice**. Respondents shall have thirty (30) days from the filing of the Amended Petition to file a motion to dismiss or answer.

**IT IS ORDERED** that the petitioner's Motion [19] for additional relief is **DENIED without prejudice** and may be refiled after consultation with his appointed attorney.

**DATED** this 31st day of March, 2016.

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE