# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLAY BURGON,

    Petitioner,                                                            2:14-cv-01128-RFB-CWH

vs.

                                                       **ORDER**

ATTORNEY GENERAL, *et al.*,

    Respondents.

_____/

      In this habeas corpus action, the Court has appointed counsel for the petitioner, and petitioner is due to file an amended petition by May 31, 2016. *See* Order entered March 31, 2016 (ECF No. 24). The March 31, 2016, order appointing counsel for petitioner rendered moot respondents' motion for leave of court to file a sur-reply regarding petitioner's motion for a stay (ECF No. 23).

      **IT IS THEREFORE ORDERED** that respondents' Motion for Permission to File a Sur-Reply (ECF No. 23) is **DENIED** as moot.

      Dated this 26th day of April, 2016.

                                                                       _____
                                                                       RICHARD F. BOULWARE, II
                                                                       United States District Judge