# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLAY BURGON,

    Petitioner,　　　　　　　　　　　　　　2:14-cv-01128-RFB-CWH

vs.

**ORDER**

ATTORNEY GENERAL, *et al.*,

    Respondents.

_____/

    In this habeas corpus action, the Court appointed counsel for the petitioner, Clay Burgon, on March 31, 2016 (ECF No. 24) and counsel appeared on his behalf on April 15, 2016 (ECF No. 25). With counsel, Burgon was due to file an amended habeas petition on May 31, 2016. *See* Order entered March 31, 2016 (ECF No. 24).

    On May 31, 2016, Burgon filed a motion for extension of time (ECF No. 27), requesting a 120-day extension of time, to September 28, 2016, to file his amended petition. Burgon's counsel states that the extension of time is necessary because of the complexity of this case, her obligations in other cases, and a reorganization of responsibilities at the office of the Federal Public Defender. This would be the first extension of this deadline. There is no indication that respondents oppose the extension of time.

. . .

. . .

1  **IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 27) is **GRANTED**.
2  Petitioner shall have until and including September 28, 2016, to file his amended petition for writ of
3  habeas corpus.
4
5  Dated this 31st day of May, 2016.
6
7
8  RICHARD F. BOULWARE, II
   UNITED STATES DISTRICT JUDGE