RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ARMILLA STALEY-NGOMO
Assistant Federal Public Defender
California State Bar No. 259686
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Armilla_Staley-Ngomo@fd.org

Counsel for Petitioner CLAY BURGON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAY BURGON,<br><br>           Petitioner,<br><br>      v.<br><br>D.W. NEVEN, et al.,<br><br>           Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Second Request)** |

  Petitioner Clay Burgon moves this Court for an extension of time of 120 days from Wednesday, September 28, 2016, to and including Friday, January 27, 2017, to file an Amended Petition for Writ of Habeas Corpus. This motion is based on the attached declaration of counsel and the files and records in this case.

  Dated this 28th day of July, 2016.

                              Respectfully submitted,
                              RENE L. VALLADARES
                              Federal Public Defender

                              */s/ Jonathan M. Kirshbaum for,*
                              ARMILLA STALEY-NGOMO
                              Assistant Federal Public Defender

## DECLARATION OF ARMILLA STALEY-NGOMO

1. On August 6, 2010, Mr. Burgon was charged in Clark County, Nevada with Robbery with Use of a Deadly Weapon, Possession of Firearm by Ex-Felon, Burglary While in Possession of a Firearm, and Stop Required on Signal of Police Officer.  The court sentenced Mr. Burgon to two terms of 10 years to life on May 12, 2011.  The Nevada Department of Corrections currently houses Mr. Burgon at High Desert State Prison.

2. On March 31, 2016, this Court appointed the Federal Public Defender as counsel for Mr. Burgon. ECF No. 24.  On April 15, 2016, Assistant Federal Public Defender Melanie Gavisk filed a Notice of Representation in this case.  ECF No. 25.  On May 31, 2016, Ms. Gavisk filed defense counsel's first request for an extension of time to file an amended petition.  ECF No. 27.  This Court granted Ms. Gavisk's request for an extension on the same date.  ECF No. 28.  Mr. Burgon's amended petition is currently due on September 28, 2016.

3. Mr. Burgon's case was assigned to me (Assistant Federal Public Defender Armilla Staley-Ngomo) on June 13, 2016, due to Ms. Gavisk's impending departure from this office.  On July 18, I filed a Notice of Change of Attorney.  ECF No. 29.

4. This is defense counsel's second request for an extension.  I am filing this request for an extension far in advance of the September 28, 2016 filing deadline because I gave birth to a baby on July 26, 2016, and now will be on maternity leave until November 2016, and require additional time to effectively and thoroughly represent Mr. Burgon.  This motion is not filed for the purposes of delay, but in the interests of justice, as well as in the interests of Mr. Burgon.  Nev. R. Prof. Conduct 1.1.

5.      In addition, this is a complex habeas corpus case, which will require me and staff at my office to gather and review voluminous files and court records related to Mr. Burgon's trial court, appellate court (direct appeal), and state and federal post-conviction proceedings.  This office is still in the process of gathering, reviewing, and coding the files and court records in this case.  It will therefore take a significant period of time for me to completely review the files and court records in this case, as well as draft an amended petition, upon my return from maternity leave in November of 2016.

6.      On July 28, 2016, Assistant Federal Defender Jonathan M. Kirshbaum corresponded with Deputy Attorney General Matthew Johnson via email.  He did not object to the extension of time.  However, the lack of objection should not be construed as a waiver of any procedural defenses.

7.      For the reasons stated above, as well as the files and records in this case, I ask this Court to grant my request for an extension of time to file an amended petition, and order the amended petition to be filed on or before Friday, January 27, 2017.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 28th day of July, 2016.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 30th day of August, 2016.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Jonathan M. Kirshbaum for,*
ARMILLA STALEY-NGOMO
Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

In accordance with the Rules of Civil Procedure, the undersigned hereby certifies that on this 28th day of July, 2016, a true and correct copy of the foregoing was filed electronically with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the master service list as follows:

Matthew S. Johnson
Deputy Attorney General
Nevada Bar No. 12412
California Bar No. 290630
100 North Carson Street
Carson City, Nevada 89701-4717

*/s/ Leianna Jeske*
An Employee of the
Federal Public Defender,
District of Nevada

4