RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KIMBERLY SANDBERG
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Kimberly_Sandberg@fd.org

Attorney for Petitioner Clay Burgon

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLAY BURGON,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIANS,<br><br>    Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Petitioner Clay Burgon, by counsel, moves this Court for the entry of Order extending the time within which he must file an Opposition to Motion to Dismiss by 29 days from November 16, 2017 to and including December 15, 2017. Burgon's request is based on the record in this case and the attached Points and Authorities. The state, by Senior Deputy Attorney General Heather D. Procter, does not object to this request.

## POINTS AND AUTHORITIES

1. On March 31, 2016, the Office of the Federal Public Defender was appointed as counsel for Petitioner, Clay W. Burgon (ECF No. 24). Undersigned counsel filed her appearance on August 22, 2017 (ECF No. 47).

2. This is Burgon's second request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Burgon.

3. Counsel's schedule and circumstances beyond her control have precluded her from meeting the current deadline of November 16, 2017. Counsel began employment with the Federal Public Defender District of Nevada on August 14, 2017. Counsel filed an amended petition on September 15, 2017. In addition, counsel has filed several petitions for writ of habeas corpus in the Eighth Judicial District Court as well as various pleadings. Counsel has also scheduled client visits with all of her new clients, and therefore she has had to become acquainted with all of their cases in a short period of time. Furthermore, counsel is preparing an evidentiary hearing scheduled for December 14, 2017, which has required counsel to travel to Washington and Arizona to conduct depositions and investigation.

4. On November 15, 2017, counsel e-mailed Senior Deputy Attorney General Heather D. Procter regarding her requested extension. On November 15, 2017, she responded that she does not object to this request.

5. The requested extension is necessary for counsel to complete her review of the case and to draft and file the Opposition to Motion to Dismiss. For these reasons, as well as the record in this case, Burgon respectfully asks this Court to grant his request to extend the time for filing an opposition by 29 days until December 15, 2017.

Dated this 15th of November, 2017.

                              Respectfully submitted,

                              RENE L. VALLADARES
                              Federal Public Defender

                              */s/Kimberly Sandberg*
                              KIMBERLY SANDBERG
                              Assistant Federal Public Defender

                    IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of November, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Heather D. Procter

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Clay Burgon
No. 87633
High Desert State Prison
PO Box 650
Indian Springs, NV 89070

/s/ Jessica Pillsbury
An Employee of the
Federal Public Defender