UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CLAY BURGON,

    Petitioner,                                    2:14-cv-01128-RFB-CWH

vs.

                                            **ORDER**

ATTORNEY GENERAL, *et al.*,

    Respondents.

_____/

In this habeas corpus action, the petitioner, Nevada prisoner Clay Burgon, represented by counsel, filed an amended petition for writ of habeas corpus on April 11, 2017 (ECF No. 36). Respondents filed a motion to dismiss on August 1, 2017 (ECF No. 46). After a 45-day extension of time, Burgon's response to the motion to dismiss was due on November 16, 2017. *See* Order entered May 15, 2017 (ECF No. 42) (60 days to respond); Order entered October 4, 2017 (ECF No. 49) (45-day extension).

On November 15, 2017, Burgon filed a motion for extension of time (ECF No. 50), requesting a further 29-day extension, to December 15, 2017. Petitioner's counsel states that the extension of time is necessary because she only recently took on this case, and because of her obligations in other cases. Respondents do not oppose the extension of time.

1   The Court finds that petitioner's motion for extension of time is made in good faith and not
2   solely for the purpose of delay, and that there is good cause for the extension of time. The Court will
3   grant this extension of time. However, given the amount of time that petitioner will have had to respond
4   to the motion to dismiss, *the Court will not be inclined to further extend this deadline*.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 50) is **GRANTED**. Petitioner will have until and including **December 15, 2017**, to file a response to the respondents' motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered May 15, 2017 (ECF No. 42) will remain in effect.

Dated this 16th day of November, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE