1   ADAM PAUL LAXALT
    Attorney General
2   Heidi Parry Stern (Bar. No. 8873)
    Chief Deputy Attorney General
3   State of Nevada
  Office of the Attorney General
4   555 E. Washington Ave., #3900
  Las Vegas, NV 89101
5   (702) 486-3594 (phone)
  (702) 486-2377 (fax)
6   HStern@ag.nv.gov

*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CLAY BURGON,<br><br>             Petitioner,<br><br>vs.<br><br>D.W. NEVEN, *et al.*,<br><br>             Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER REMAINING CLAIMS IN AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 36)**<br><br>(First Request) |

Respondents hereby request an extension of time of an additional sixty (60) days, up to and including July 20, 2018, within which to answer the remaining claims in the Amended Petition for Writ of Habeas Corpus. (ECF No. 36). The current due date to answer is May 21, 2018.

This motion is based on the accompanying Declaration of Counsel.

DATED this 21st day of May, 2018.

                                          ADAM PAUL LAXALT
                                          Attorney General

                                          By: /s/ Heidi Parry Stern
                                               Heidi Parry Stern (Bar. No. 8873)
                                               Chief Deputy Attorney General

**DECLARATION OF HEIDI PARRY STERN**

I, HEIDI PARRY STERN, being first duly sworn under oath, depose and declare as follows:

1. That I an attorney licensed to practice law in the State of Nevada; that I am qualified and admitted to practice before this Court; and that I am employed as a Deputy Attorney General in the Office of the Nevada Attorney General;

2. That, pursuant to my duties as a Chief Deputy Attorney General, I have been assigned to represent Respondents in the matter of *Clay Burgon v. D.W. Neven, et al.*, 2:14-cv-01128-RFB-CWH and, as such, have personal knowledge of the matters contained herein;

3. That the Answer to the Remaining Claims of the Amended Petition for Writ of Habeas Corpus is due to be filed May 21, 2018.

4. This extension is necessary as I have been working to finalize supplemental briefing in the Ninth Circuit in the case of *Marquez v. E.K. McDaniel, et al.*, Case No. 17-15154, which will be argued in front of the Ninth Circuit on June, 6, 2018. I have also been preparing, and will be filing next week, an Answering Brief in the Ninth Circuit in the capital case of *Bolin v. Renee Baker, et al.,* Case No. 15-99004.

5. Respondents request 60 days to file their reply, up to and including July 20, 2018.

6. I have contacted opposing counsel, and she has no objection to this request for extension.

7. This is Respondents' first motion for enlargement of time to answer the remaining claims in the amended petition.

8. This Motion for enlargement of time is made in good faith and not for the purpose of delay.

DATED this 21st day of May, 2018.

APPROVED:

/s/ Heidi Parry Stern
Heidi Parry Stern

DATED this 22nd day of May, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

-2-

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Unopposed Motion for Extension of Time to Answer Remaining Claims in Amended Petition for Writ of Habeas Corpus* with the Clerk of the Court by using the CM/ECF system on the 21st day of May, 2018.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Kimberly Sandberg
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101

/s/ K. Plett
An employee of the Office of the Attorney General