UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLAY MERRITT BURGON, | Case No. 2:14-cv-01128-RFB-CWH |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, SR., *et al.*, | |
| Respondents. | |

In this habeas corpus case, after two 60-day extensions of time, the respondents were due, on September 18, 2018, to file their answer, responding to the remaining claims in the habeas petition. *See* Order entered March 19, 2018 (ECF No. 58); Order entered May 22, 2018 (ECF No. 60); Order entered July 20, 2018 (ECF No. 62).

On September 18, 2018, respondents filed a motion for an extension of time (ECF No. 63), requesting a further 45-day extension of time, to November 2, 2018, for their answer. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, time away from her work, and staffing shortages at the office of the attorney general. The petitioner does not oppose the motion for extension of time. The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

1  The Court will grant this motion for extension of time. However, in light of the
2  amount of time that the respondents have had to file their answer, the Court will not look
3  favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 63) is **GRANTED**. Respondents will have until **November 2, 2018**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered May 15, 2017 (ECF No. 42) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute Brian Williams, Sr., for D.W. Nevens, on the docket for this case, as the respondent warden.

DATED this 18th day of September 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE