UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Clay Merritt Burgon,<br>Petitioner,<br>v.<br>Brian Williams, Sr., *et al.*,<br>Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br>Order |

In this habeas corpus case, the Court ruled on the respondents' motion to dismiss on March 19, 2018 (ECF No. 58). The Court ordered that the respondents then had 60 days to file their answer, responding to the petitioner's remaining claims. Then, after two 60-day extensions of time and a 45-day extension of time, the respondents were to file their answer by November 2, 2018. *See* Order entered March 19, 2018 (ECF No. 58); Order entered May 22, 2018 (ECF No. 60); Order entered July 20, 2018 (ECF No. 62); Order entered September 19, 2018 (ECF No. 64).

In the order granting the last extension of time the Court stated that "in light of the amount of time that the respondents have had to file their answer, the Court will not look favorably upon any motion to further extend this deadline." Order entered September 19, 2018 (ECF No. 64), p. 2.

Nevertheless, on October 29, 2018, Respondents filed a motion requesting yet a fourth extension of time (ECF No. 66) – this time a 31-day extension of time, to December 3, 2018. Respondents' counsel states that the extension of time is necessary because she was only recently assigned to this case, and because of her obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds

that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court will grant this motion for extension of time. Respondents should take note, however: **the Court will not further extend this deadline absent extraordinary circumstances.**

**IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 66) is **GRANTED**. Respondents will have until **December 3, 2018**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered May 15, 2017 (ECF No. 42) will remain in effect.

DATED this 30th day of October, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE