Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Clay Burgon

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Clay Burgon,<br><br>   Petitioner,<br><br>  v.<br><br>D.W. Neven, *et al.*,<br><br>   Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>**Unopposed motion for extension of time to file a reply to answer.**<br><br>**(First Request)** |

Petitioner Clay Burgon moves this Court for the entry of an order extending the time within which he must file a reply to answer by 60 days from January 17, 2019 to and including March 18, 2019. The state, by Deputy Attorney General Ashley Balducci, does not object to this request.

This is Burgon's first request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Burgon.

Counsel's schedule and circumstances beyond her control have precluded her from meeting the current deadline of January 17, 2019. Counsel filed two oppositions to motions to dismiss last week and will file an amended petition and another opposition to motion to dismiss next week. Counsel is preparing for an evidentiary hearing in the Eighth Judicial District Court, which requires travel to Idaho in February. Counsel is also preparing for oral argument at the Ninth Circuit, which is also in February and requires travel. Counsel is drafting an opening brief to the Nevada Supreme Court. Counsel was assigned two new cases recently.

For these reasons, counsel respectfully asks this Court to grant Burgon's request to extend the time for filing reply to answer by 60 days until March 18, 2019.

Dated January 16, 2019.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/Kimberly Sandberg*

Kimberly Sandberg
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of January, 2019.

## Certificate of Service

I hereby certify that on January 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Ashley Balducci.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Clay Burgon
No. 87633
High Desert State Prison
PO Box 650
Indian Springs, NV 89070

/s/ Jessica Pillsbury
An Employee of the
Federal Public Defender