UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAY MERRITT BURGON,<br><br>　　　　Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>　　　　Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>Order Granting Motion for Extension of Time for Reply |

In this habeas corpus case, Respondents filed an answer on December 3, 2018 (ECF No. 73). After a 60-day extension of time, the petitioner, Clay Merritt Burgon, was due to file his reply by March 18, 2019. *See* Order entered May 15, 2017 (ECF No. 42) (45 days for reply); Order entered January 17, 2019 (ECF No. 75).

On March 18, 2019, Burgon filed a motion for extension of time (ECF No. 76), requesting a second extension of time – this one 30 days, to April 17, 2019 – for the reply. Burgon's counsel states that the extension of time is necessary because of her obligations in other cases. The respondents do not oppose the motion for extension of time. The Court finds that Burgon's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant this second extension of time, as requested.

The Court will not look favorably upon any motion to further extend this deadline.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 76) is **GRANTED**. Petitioner will have until **April 17, 2019**, to file his reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered May 15, 2017 (ECF No. 42) will remain in effect.

DATED this 18th day of March, 2019.



RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE