UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAY MERRITT BURGON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>Respondents. | Case No. 2:14-cv-01128-RFB-CWH<br><br>Order Granting Motion for Extension of Time (ECF No. 82) |

In this habeas corpus case, Respondents filed an answer on December 3, 2018 (ECF No. 73), and the petitioner, Clay Merritt Burgon, filed a reply on April 17, 2019 (ECF No. 79). Respondents' response to the reply was due on May 17, 2019. *See* Order entered May 15, 2017 (ECF No. 42).

On May 14, 2019, Respondents filed a motion for extension of time (ECF No. 82), requesting a 45-day extension of time, to July 1, 2019, to file their response to Burgon's reply. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because she only recently was assigned this case. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

However, the Court will not look favorably upon any motion to further extend this deadline.

///

///

///

///

1     **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time
2 (ECF No. 82) is **GRANTED**. Respondents will have until and including **July 1, 2019**, to file their
3 response to the petitioner's reply.
4     **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further
5 proceedings set forth in the order entered October 25, 2017 (ECF No. 21) will remain in effect.

7     DATED this 15th day of May, 2019.

                                                RICHARD F. BOULWARE, II,
                                                UNITED STATES DISTRICT JUDGE